CD/IL PROB12C
(Rev. 12/04)

# United States District Court

## for

## CENTRAL DISTRICT OF ILLINOIS

### Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| **NAME/ADDRESS OF OFFENDER:** | Joseph A. Liggett<br>3842 Tuxhorn Road<br>Springfield, IL 62712 | **CASE NUMBER:** 96-30032-001 |

**SENTENCING JUDICIAL OFFICER:**   Richard Mills
U.S. District Judge
(Case transferred to U.S. District Judge Jeanne E. Scott)

**ORIGINAL SENTENCE DATE:**   March 10, 1997

**ORIGINAL OFFENSE:**   Counts 1 and 2: Distribution of a Mixture or Substance Containing Cocaine Base, Class C Felony; Counts 3 and 5: Distribution of Mixture/Substance Containing Cocaine Base, Class B Felony; Count 4: Distribution of Cocaine, Class C Felony; Count 6: Carrying and Using a Firearm During and in Relation to a Drug Trafficking Crime, Class D Felony

**ORIGINAL SENTENCE:**   117 months imprisonment consisting of 57 months on each of Counts 1,2,3,4, and 5 to run concurrently and 60 months on Count 6 to run consecutively, followed by 5 years supervised release on Counts 3 and 5 and 3 years on each of Counts 1,2,4, and 6, all to run concurrently. Special conditions to include: 1) No firearm, ammunition, or other dangerous weapon; 2) Participate in substance abuse treatment/testing and abstain from alcohol; and, 3) Repay the Illinois State Police in the amount of $4,850.

**TYPE OF SUPERVISION:**   Supervised Release

**DATE SUPERVISION COMMENCED:**   January 6, 2005

**ASSISTANT U.S. ATTORNEY:**   Timothy A. Bass

**DEFENSE ATTORNEY:**   Richard D. Frazier (Retained)

---

### PETITIONING THE COURT

**[x]**   To issue a warrant
**[ ]**   To issue a summons

The probation officer believes that the offender has violated the following condition(s)

of supervision:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |

1. **FAILURE TO REPORT FOR SCHEDULED APPOINTMENTS AS DIRECTED**

    STANDARD CONDITION NO. 2: You shall report to the probation officer and submit a truthful and complete written report within the first five days of each month.

    A. On **June 12, 2006**, the offender failed to attend a scheduled appointment at the U.S. Probation Office, Springfield, Illinois, as directed.

    B. On **October 19, 2006**, the offender failed to attend a scheduled appointment at the U.S. Probation Office, Springfield, Illinois, as directed.

2. **FAILURE TO PROVIDE RANDOM URINALYSIS TESTING AS DIRECTED**

    SPECIAL CONDITION NO. 2: The defendant shall, at the direction of the probation officer, participate in a program for substance abuse treatment/counseling, including testing to determine whether he has used controlled substances and/or alcohol. During the entire term of supervision, defendant will abstain from the use of alcohol, all other legally obtainable intoxicants and all mood-altering substances unless prescribed by physician. Defendant shall pay for these services as directed by the probation officer.

    A. On **February 7, 2006**, the offender failed to provide a random urinalysis test at the Triangle Center, Springfield, Illinois, as directed.

    B. On **March 23, 2006**, the offender failed to provide a random urinalysis test at the Triangle Center, Springfield, Illinois, as directed.

    C. On **May 19, 2006**, the offender failed to provide a random urinalysis test at the Triangle Center, Springfield, Illinois, as directed.

    D. On **August 14, 2006**, the offender failed to provide a random urinalysis test at the Triangle Center, Springfield, Illinois, as directed.

    E. On **September 15, 2006**, the offender failed to provide a random urinalysis test at the Triangle Center, Springfield, Illinois, as directed.

    F. On **September 25, 2006**, the offender failed to provide a random urinalysis test at the Triangle Center, Springfield, Illinois, as directed.

    G. On **October 5, 2006**, the offender failed to provide a random urinalysis test at the Triangle Center, Springfield, Illinois, as directed.

      H.                On **October 17, 2006**, the offender failed to provide a random urinalysis test at the Triangle Center, Springfield, Illinois, as directed.

3. **FAILURE TO PAY RESTITUTION AS DIRECTED**

    SPECIAL CONDITION No. 3:  The defendant shall make repayment to the Illinois State Police in the amount of $4,850.  Said repayment shall be paid immediately.  The defendant is to receive credit against this amount for any funds previously recovered by law enforcement.

    On July 13, 2006, the offender signed a modified payment agreement, reducing his monthly restitution payment to $50.  He agreed to make payments by the 15th of each month, beginning in August 2006.  The offender failed to make restitution payments in **August, September, and October 2006** as directed.

**U.S. Probation Officer Recommendation:**

[x] The term of supervision should be
    [x] revoked
    [ ] extended for  years, for a total term of  years.

[ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

s/Lynea T. Turner
U.S. Probation Officer
Date: October 26, 2006

LTT/ltt/cer

---

**THE COURT ORDERS:**

[ ] No action

[X] The issuance of a warrant

[ ] The issuance of a summons

[ ] Other:

                                                    s/ Jeanne E. Scott
                                            JEANNE E. SCOTT
                                  UNITED STATES DISTRICT JUDGE

Date:  October 26, 2006