SEALED
E-FILED
Thursday, 02 November 2006 10:07:44 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff ) <br> ) <br> vs ) <br> JOSEPH A. LIGGETT ) <br> 3842 Tuxhorn Road ) <br> Springfield, IL   62712 ) <br> Defendant ) | WARRANT FOR ARREST <br><br><br><br> CASE NO. 96-30032-001 |

TO:  THE U. S. MARSHAL and any
     AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest JOSEPH A. LIGGETT, and bring him or her forthwith to the nearest magistrate judge to answer a Petition charging him or her with violation of conditions of supervised release in violation of Title 18, United States Code, Section(s) 3606.

*[signature: John M. Waters]*

**JOHN M. WATERS**
Name of Issuing Officer

**CLERK U.S. DISTRICT COURT**
Title of Issuing Officer

_s/John M. Waters_
Signature of Issuing Officer

October 27, 2006 at Springfield, Illinois
Date and Location

Bail fixed at $ **No Bail/Bond** by US District Judge Jeanne E. Scott.

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _Springfield_

| Date Received 10/27/06 | Name of Arresting Officer S. Longley | Signature of Arresting Officer *[signature]* |
|---|---|---|
| Date of Arrest 10/30/06 | Title of Arresting Officer DUSM | |

2006 OCT 27 P 3:55 US MARSHALS SERVICE CENTRAL ILLINOIS RECEIVED