

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | WARRANT FOR ARREST |
| Plaintiff ) | | |
| ) | | |
| vs ) | | |
| JOSEPH A. LIGGETT ) | | |
| 3842 Tuxhorn Road ) | | CASE NO. 96-30032-001 |
| Springfield, IL   62712 ) | | |
| Defendant ) | | |

TO:   THE U. S. MARSHAL and any
      AUTHORIZED UNITED STATES OFFICER

   YOU ARE HEREBY COMMANDED to arrest JOSEPH A. LIGGETT, and bring him or her forthwith to the nearest magistrate judge to answer a Petition charging him or her with violation of conditions of supervised release in violation of Title 18, United States Code, Section(s) 3606

**JOHN M. WATERS**
Name of Issuing Officer

**CLERK U.S. DISTRICT COURT**
Title of Issuing Officer

_s/John M. Waters_
Signature of Issuing Officer

October 27, 2006 at Springfield, Illinois
Date and Location

**Bail fixed at $ No Bail/Bond by US District Judge Jeanne E. Scott.**

### RETURN
This warrant was received and executed with the arrest of the above named defendant at  Springfield

| Date Received 10/27/06 | Name of Arresting Officer S. Langley | Signature of Arresting Officer |
| Date of Arrest 10/30/06 | Title of Arresting Officer DUSM | |

2006 OCT 27 P 3:55
US MARSHALS SERVICE CENTRAL ILLINOIS
RECEIVED