E-FILED
Friday, 17 November, 2006  03:44:46 PM
Clerk, U.S. District Court, ILCD

CD/IL PROB12C
(Rev. 12/04)

# United States District Court

## for

## CENTRAL DISTRICT OF ILLINOIS

**Supplemental Petition for Warrant or Summons for Offender Under Supervision**

| | |
|---|---|
| **NAME/ADDRESS OF OFFENDER:** | Joseph A. Liggett  **CASE NUMBER:** 96-30032-001<br>3842 Tuxhorn Road<br>Springfield, IL 62712 |
| **SENTENCING JUDICIAL OFFICER:** | Richard Mills<br>U.S. District Judge<br>(Case transferred to U.S. District Judge Jeanne E. Scott) |
| **ORIGINAL SENTENCE DATE:** | March 10, 1997 |
| **ORIGINAL OFFENSE:** | Counts 1 and 2: Distribution of a Mixture or Substance Containing Cocaine Base, Class C Felony; Counts 3 and 5: Distribution of Mixture/Substance Containing Cocaine Base, Class B Felony; Count 4: Distribution of Cocaine, Class C Felony; Count 6: Carrying and Using a Firearm During and in Relation to a Drug Trafficking Crime, Class D Felony |
| **ORIGINAL SENTENCE:** | 117 months imprisonment consisting of 57 months on each of Counts 1, 2, 3, 4, and 5 to run concurrently and 60 months on Count 6 to run consecutively, followed by 5 years supervised release on Counts 3 and 5 and 3 years on each of Counts 1, 2, 4, and 6, all to run concurrently. Special conditions to include: 1) No firearm, ammunition, or other dangerous weapon; 2) Participate in substance abuse treatment/testing and abstain from alcohol; and 3) Repay the Illinois State Police in the amount of $4,850 |
| **TYPE OF SUPERVISION:** | Supervised Release |
| **DATE SUPERVISION COMMENCED:** | January 6, 2005 |
| **ASSISTANT U.S. ATTORNEY:** | Patrick Hansen |
| **DEFENSE ATTORNEY:** | Douglas Beevers (appointed) |

**PETITIONING THE COURT**

[**X**]   To issue a warrant
[ ]   To issue a summons
[**X**]   Other: To consider this Supplemental Petition along with the original Petition filed on October 27, 2006.

The probation officer believes that the offender has violated the following condition(s) of supervision:

VIOLATION
NUMBER          NATURE OF NONCOMPLIANCE

  1.            <u>LAW VIOLATION:  POSSESSION OF COCAINE</u>

                MANDATORY CONDITION:  While on supervised release, the defendant shall not commit another federal, state, or local crime.  The defendant shall not illegally possess a controlled substance.

                On **November 3, 2006**, the defendant provided a urine sample at the Triangle Center, Springfield, Illinois, that tested positive for cocaine as determined by Kroll Laboratory Specialists, Gretna, Louisiana.

**U.S. Probation Officer Recommendation:**

    [ ]    The term of supervision should be
    [X]    revoked
    [ ]    extended for  years, for a total term of  years.

    [ ]    The conditions of supervision should be modified as follows:

                                I declare under penalty of perjury that the foregoing is true and correct.


                                s/Lynea T. Turner
                                U.S. Probation Officer
                                Date: November 16, 2006

LTT/ltt/cer

---

**THE COURT ORDERS:**

[ ]    No action

[X]    The issuance of a warrant

[ ]    The issuance of a summons

[X]    Other: This Supplemental Petition is considered with the Petition originally filed on October 27, 2006.


                        s/ Jeanne E. Scott
                        JEANNE E. SCOTT
                        UNITED STATES DISTRICT JUDGE

                        Date:  November 16, 2006