E-FILED
Friday, 08 December, 2006  04:43:12 PM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**
**Plaintiff**

**WARRANT FOR ARREST**

**vs**

**JOSEPH A. LIGGETT**
**3842 Tuxhorn Road**
**Springfield, IL    62712**
**Defendant**

FILED

SEP - 5 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**CASE NO. 96-30032-001**

TO:         THE U. S. MARSHAL and any
            AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **JOSEPH A. LIGGETT**, and bring him or her forthwith to the nearest magistrate judge to answer a Petition charging him or her with violation of conditions of supervised release in violation of Title 18, United States Code, Section(s) 3606.

**JOHN M. WATERS**
Name of Issuing Officer

**CLERK U.S. DISTRICT COURT**
Title of Issuing Officer

s/John M. Waters
Signature of Issuing Officer

November 17, 2006 at Springfield, Illinois
Date and Location

U.S. MARSHALS SERVICE
CENTRAL DISTRICT ILLINOIS
2006 NOV 20 P 4: 40
RECEIVED

**Bail fixed at $ <u>No Bail/Bond</u> by US District Judge Jeanne E. Scott.**

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at *Springfield, IL* | | |
| Date Received *11-20-06* | Name of Arresting Officer *Langley* | Signature of Arresting Officer |
| Date of Arrest *11-05-06* | Title of Arresting Officer *D.U.S.M.* | |