AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

____Central____ District of ____Illinois____

UNITED STATES OF AMERICA
V.
JOSEPH A. LIGGETT

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 96-30032-001
USM Number: 10819-026

Douglas J. Beevers
Defendant's Attorney

**FILED**
DEC 14 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  SC,2,3MC  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1A | Failure to Report For Scheduled Appointments | 6/12/2006 |
| 1B | Failure to Report For Scheduled Appointments | 10/19/2006 |
| 2A | Failure to Provide Random Urinalysis Testing | 2/7/2006 |
| 2B | Failure to Provide Random Urinalysis Testing | 3/23/2006 |

The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 5/7/60

Defendant's Residence Address:
3842 Tuxhorn Road
Springfield, IL 62712

Defendant's Mailing Address:
Same as above.

12/11/2006
Date of Imposition of Judgment

*/s/ Jeanne E. Scott*
Signature of Judge

JEANNE E. SCOTT,          US District Judge
Name of Judge              Title of Judge

Dec. 14, 2006
Date

A TRUE COPY
ATTEST:
JOHN M. WATERS, CLERK
BY: /s/ Kristy Taylor
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE 12/14/2006

AO 245D  (Rev. 12/03) Judgment in a Criminal Case for Revocations
         Sheet 1A

DEFENDANT: JOSEPH A. LIGGETT
CASE NUMBER: 96-30032-001

Judgment—Page 2 of 7

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
| --- | --- | --- |
| 2C | Failure to Provide Random Urinalysis Testing | 5/19/2006 |
| 2D | Failure to Provide Random Urinalysis Testing | 8/14/2006 |
| 2E | Failure to Provide Random Urinalysis Testing | 9/15/2006 |
| 2F | Failure to Provide Random Urinalysis Testing | 9/25/2006 |
| 2G | Failure to Provide Random Urinalysis Testing | 10/5/2006 |
| 2H | Failure to Provide Random Urinalysis Testing | 10/17/2006 |
| 3 | Failure to Pay Restitution For August, September, and October 2006 | 10/31/2006 |

Supplemental Petition

| | | |
| --- | --- | --- |
| 1 | Possession of Cocaine | 11/3/2006 |

AO 245D   (Rev. 12/03 Judgment in a Criminal Case for Revocations
          Sheet 2— Imprisonment

|  |  |
|---|---|
| DEFENDANT: JOSEPH A. LIGGETT<br>CASE NUMBER: 96-30032-001 | Judgment — Page 3 of 7 |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

**10 months**

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at _____ ☐ a.m. ☐ p.m. on _____ .

　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☐ before 2 p.m. on _____ .

　☐ as notified by the United States Marshal.

　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  2-5-2007  to  FPC Yankton

at  Yankton, SD  with a certified copy of this judgment.

J. D. Whitehead, Warden

_____
UNITED STATES MARSHAL

By  Schwaden S/SS
DEPUTY UNITED STATES MARSHAL