Feb 8, 2007

E-FILED
Tuesday, 20 February, 2007  04:27:42 PM
Clerk, U.S. District Court, ILCD

Dear Judge Smith,

I am Honored to be able to write you a letter, I know my hand writeing, spelling is poor. Forgive me, I also Have no access to a Computer or Typewriter, I am in Administrative Detention pending Re-Designation to another Facility. Reason being [#1] Inmate John BlackBurn is Here on This Compound in Yankton, South Dakota. John was Responsible for causeing myself and my Family Hardship. (more then I was due.) I put in for a Transfer and Yankton decided to lock me up in Their S.H.U. special Housing Unit. (Segregation) (The Hole). I do no deserve to be Here. Have done nothing wrong nor broke any Rules. On Contrary I brought this Situration To Their Attention and Simply put in a Request for Transfer. I would Have No problem with This other Inmate and could Try to Avoid Him. But I Thought it best To Transfer A.S.A.P. For I know My Family need no more problems.

II Also This very Important
part of my Rehaibitaration and
Something You yourself so
Ordered (I Thought) As you
MAY Remember I'am The one
who Had Just Started Takedng
Adderall For a severe case
OF ADHA disorder, Since
Starting on my medication
ON Nov, 15 2006 I was
100% better. My memory,
copetance, Just a Feeling
OF No málity was a First
in my life I Had no Idea
That I pill Could make such
a difference, DR. DeLACRUZ
is my Doctor in Springfield,
P.D. Beevers is my ATT.
I Had Requesed Home Confinment
on This First Violation So
I could Continue my
medication but you assured
me I would Recieve my
Adderall in Federall prison
I was Recieve my medication
while in Sangamon County
Adderall 20mg XR and also
in MASON County which I
seen another Doctor Their which
Increased my medication From
20mg XR to 30 mg XR, The
u.s. MARShalls were very Good
c in making sure my medication
was Transported From Holding

P.S. I am sending a copy of the Administrative Detention order, FPC Yankton
Operations LT T Engle    Feb 17 2007 1:00 p.m

8 place to place, Even when I was placed on The B.O.P. Transport Bus That left Pekin to CHI MCC and then to CHI OHARE Airport I was given my medication on the transport Bus By a very competant B.O.P. LT, But once I was on Con Air and I know the Marshalls HAd my meds that was where my med ended From OK City Transfer Center where Con Air landed I was put on a county Bus, (GRAdy County) and spent the Next 2/weeks there without my meds, I let them Know Also A Doctor there and when I arrived here I let DR. Know, They both said I would NOT being given Adderall In Fededal Prison no matter what a Federal Judge ordered. So Here it is I've been in Transfer or Holding since Dec 11 (DATE your court) and HAVe HAd No Medication SINCE JAN 19 please atleast get me out of The Hole and TRY to order the BoP to give me my Adderall THANK you very much Joseph A. LIGGETT 10819-026

BP-S308.052 ADMINISTRATIVE DETENTION ORDER CDFRM
MAY 94
**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

**RB**                                                      **FPC Yankton**
                                                                Institution

                                        Date/Time: **February 7, 2007/ 1:00 pm**

TO      : Special Housing Unit Officer

FROM   : **T. Engle, Operations Lieutenant**, (Name/Title)

SUBJECT : Placement of **LIGGETT, Joseph**, Reg. No. **10819-026**, in Administrative Detention

_____(a) Is pending a hearing for a violation of Bureau regulations;

_____ (b) Is pending investigation of a violation of Bureau regulations;

_____ (c) Is pending investigation or trial for a criminal act;

_____ (d) Is to be admitted to Administrative Detention,

_____ (1) Since the inmate has requested admission for protection;

I hereby request placement in Administrative detention for my own protection.

Inmate Signature/Register No.: _____

Staff Witness Printed Name Signature: _____

_____ (2) Since a serious threat exists to individual's safety as perceived by staff, although person has not requested admission; referral of the necessary information will be forwarded to the UDC/DHO for appropriate hearing.

_____(e) Is pending transfer or is in holdover status during transfer.

**XXX** (f) Is pending classification; or **Re-Designation** _____

_____ (g) Is terminating confinement in Disciplinary Segregation and has been ordered into Administrative Detention by the Warden's designee.

It is this officer's decision based on all the circumstances that the above named inmate's continued presence in the general population poses a serious threat to life, property, self, staff, other inmates, or to the security or orderly running of the institution because*

**You are being placed in administrative detention pending Re-Designation to another facility.**

Therefore, the above named inmate is to be placed in Administrative Detention until further notice. The inmate received a copy of this Order on (date / time) **February 7, 2007/ 1.20  PM**

Staff Witness Signature/Printed Name _____/ Rauscher_____ Date **February 7, 2007**

*In the case of DHO action, reference to that order is sufficient. In other cases, the officer will make an independent review and decision, which is documented here.

Record Copy - Inmate Concerned (not necessary if placement is a result of holdover status); Copy - Captain; Copy - Unit Manager; Copy - Operation Supervisor - Administrative Detention Unit; Copy - Central File
(This form may be replicated via WP)                                    Replaces BP-308(52) of JAN 88

NAME: Joseph A. Liggett
REG # 10819-020
FEDERAL PRISON CAMP
PMB 700
YANKTON SD 57078

Federal Judge Smith
Federal Court House
Springfield, IL. 7th + Monroe
62708

