E-FILED
Friday, 09 March, 2007 02:46:40 PM
Clerk, U.S. District Court, ILCD

MARCH 2nd 2007

I

Federal Judge ScoTT,

I'am WRiTing To you with All the Respect and Honor your Position is entitled To, Please Bear with me, For my GRAMMER and Spelling is poor, I am a Federal Inmate #10819-026 Joseph Alan LiGGETT. I was Sentenced By you Dec. 11 2006 To 10 months ON a violaTion. FRIST I Just want To SAY that I believe you to be a Fair and Honerable Judge and I Respect you and your OFFice. I want To leT you know about a Few Things because I believe I Cannot go Anywhere else as I've already Tried and Failed so please Hear me out and give iT your ATTention. I'am in YANKTON, SouTh DAKOTA F.P.C., I'am being Housed in a Speciaal Housing UniT AlSo Known as (THE Hole) my Cell is 16 BY 12 There are 4 inmates in Here, 2 BunkBeds, 1 Shower 1 ToileT. No windows No personal Proberty, very liTTle OF anything else.

My wife's phone # is 217-679-0788 217-414-220

I would like to HAVE as much HALFWAY House as possiable so I can START my medication A.S.A.P. Thank you

There is a camera on us 24/7 and a micraphone 24/7. We HAVE To change Shower, and use the toilet in Full veiw and Sound of These monitors. There is no access to A Law Library, no way To know IF The sun is up or down, Relegious Rights are non existent, there is no commissary To speak of, I've been in Several F.C.I and other F.P.C. Inmates do HAVE certain Rights.

I'am being sent to Levenworth Camp March 5th, I was Here on The compound only 1 DAY locked up in The Hole because of another Inmate. I've been Disrespected By STAFF over and over. The List of Civil Rights and B.O.P. Policies being Broken Here is Huge. I cannot believe That This Camp is Allowed to carry on, why There is no where else to go. This is a crime more Then what The Inmates themselves HAVE Committed.

I've only touched the service. I have nothing to gain here nor am I asking anything for myself from this. I just wanted someone like yourself to be made aware and maybe you might seek to investigate this further. All I want is the fair and humane treatment of Federal prisoners.

I also would like you to be notified that my medication that you assured me I would have in Federal prison (Adderall) is not being given to me. I was told by the Doctor here in Yankton that what you - a Federal Judge said or order did not matter only what they Yankton says matters and Yankton said no medication. I need my medication, please please give me my medication

Your Humble Servant Joseph H. Liggett

P.S. I've been waiting 3 months to get to a Federal prison. I leave here Monday 3/5