# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | WARRANT FOR ARREST |
| Plaintiff ) | | |
| ) | | |
| vs ) | | |
| ) | | CASE NO. 96-30032 |
| JOSEPH A. LIGGETT ) | | |
| 3842 Tuxhorn Road ) | | |
| Springfield, IL 62712 ) | | |
| Defendant ) | | |

FILED
FEB 19 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO:   THE U. S. MARSHAL and any
      AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest Joseph A. Liggett, and bring him or her forthwith to the nearest magistrate judge to answer a Petition for Offender under Supervision charging him or her with violation of conditions of supervised release in violation of Title 18, United States Code, Section(s) 3606.

PAMELA E. ROBINSON
Name of Issuing Officer

   s/ Pamela E. Robinson

_____
Signature of Issuing Officer

CLERK U.S. DISTRICT COURT
Title of Issuing Officer

February 5, 2008 at Springfield, IL
Date and Location

**Bail fixed at $ <u>NO BOND</u> by U.S. District Judge Jeanne E. Scott.**

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _Springfield_

| Date Received 02/06/08 | Name of Arresting Officer Shawn Langley | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 02/07/08 | Title of Arresting Officer DUSM | _[signature]_ |